UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE KENNETH CROSON and DOMINIQUE MARIE RYAN,<br><br>Defendants. | No. 2:15-CR-00030-RHW-1<br>No. 2:15-CR-00030-RHW-2<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION** |

Before the Court is the Government's Motion for a Protective Order Regulating Disclosure of Discovery and Sensitive Information, ECF No. 28. The motion was heard without oral argument and on an expedited basis.

The Government asks the Court to enter a protective order regarding the dissemination of discovery materials that contain sensitive information. The sensitive information includes records and evidence containing personal information of victims, third parties, and the defendants, including social security numbers, WA identification numbers, birth dates, bank account information, phone numbers, email or physical addresses, and other sensitive personal and business information. The Government also asks the Court to place limitations on the manner in which the parties may use the discovery materials.

The motion was filed on April 17, 2015. No opposition to the motion or the motion to expedite has been filed. The Court finds good cause to grant the motion.

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for a Protective Order Regulating Disclosure of Discovery and Sensitive Information, **ECF No. 28**, is **GRANTED.**

2. The Government's Motion to Expedite, **ECF No. 29**, is **GRANTED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 22nd day of April, 2015.

*s/Robert H.Whaley*
ROBERT H. WHALEY
Senior United States District Judge