# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kyle Kenneth Croson | Case Number: 0980 2:15CR00030-RHW-1 |
| Address of Offender: | Spokane, Washington 99217 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 23, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Mail Theft, 18 U.S.C. § 371 |
| Original Sentence: | Prison - 18 months <br> TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Travis Jones |
| | Date Supervision Commenced: September 29, 2017 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: September 28, 2020 |

## PETITIONING THE COURT

**To issue a summons**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On October 2, 2017, Mr. Croson reported to the U.S. Probation Office for the purpose of an intake after commencing supervision on September 29, 2017. Reviewed with Mr. Croson were his conditions of supervised release. The offender signed his judgment acknowledging an understanding of his conditions, to include special condition number 14. |
| | On November 20, 2017, Mr. Croson provided a random urinalysis test at Pioneer Human Services (PHS), as the color of the day was brown 2, Mr. Croson's assigned color for urinalysis testing. The urine sample tested presumptive positive for methamphetamine and was sent to Alere Toxicology for further testing. On November 27, 2017, the lab report was received from Alere Toxicology confirming a positive result for methamphetamine. |
| 2 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On October 2, 2017, Mr. Croson reported to the U.S. Probation Office for the purpose of an intake after commencing supervision on September 29, 2017. Reviewed with Mr. Croson were his conditions of supervised release. The offender signed his judgment acknowledging an understanding of his conditions, to include special condition number 14.

On November 28, 2017, Mr. Croson reached out to the undersigned officer by text message, as the undersigned officer had attempted to make contact with Mr. Croson by telephone the day prior. During the course of the conversation, Mr. Croson admitted to additional methamphetamine use on November 24, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 28, 2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/29/2017
Date