Report Date:  December 4, 2017

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kyle Kenneth Croson          Case Number: 0980 2:15CR00030-RHW-1

Address of Offender:                    Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 23, 2015

Original Offense:        Conspiracy to Commit Mail Theft, 18 U.S.C. § 371

Original Sentence:    Prison - 18 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Scott Travis Jones          Date Supervision Commenced: September 29, 2017

Defense Attorney:      Federal Defenders Office      Date Supervision Expires: September 28, 2020

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  On October 2, 2017, Mr. Croson reported to the U.S. Probation Office for the purpose of an intake after commencing supervision on September 29, 2017. Reviewed with Mr. Croson were his conditions of supervised release.  The offender signed his judgment acknowledging an understanding of his conditions, to include special condition number 14.

On December 4, 2017, Mr. Croson provided a random urinalysis test at the probation office. The urine sample tested presumptive positive for methamphetamine and was sent to Alere Toxicology for further testing and the results are pending.  Mr. Croson admitted to using methamphetamine on December 1, 2017, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     December 4, 2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]   Defendant to appear before the Judge assigned to the
        case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

12/5/2017

Date