PROB 12C
(6/16)

Report Date: January 5, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kyle Kenneth Croson | Case Number: 0980 2:15CR00030-RHW-1 |
| Address of Offender: | Spokane, Washington 99204 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 23, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Mail Theft, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Travis Jones | Date Supervision Commenced: September 29, 2017 |
| Defense Attorney: | William Miles Pope | Date Supervision Expires: September 28, 2020 |

### PETITIONING THE COURT

To issue a **summons** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2017 and 12/04/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  On October 2, 2017, Mr. Croson reported to the U.S. Probation Office for the purpose of an intake after commencing supervision on September 29, 2017. Reviewed with Mr. Croson were his conditions of supervised release.  The offender signed his judgment acknowledging an understanding of his conditions, to include special condition number 14. |
| | On December 20, 2017, Mr. Croson provided a random urinalysis test at the probation office.  The urine sample tested presumptive positive for methamphetamine and was sent to Alere Toxicology for further testing.  Mr. Croson admitted to using methamphetamine on December 19, 2017, and signed a drug use admission form.  On December 26, 2017, a lab report from Alere Toxicology was received confirming a positive result for methamphetamine. |

Prob12C
**Re: Croson, Kyle Kenneth**
**January 5, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/05/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

January 5, 2018
Date