PROB 12C
(6/16)

Report Date: February 27, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kyle Kenneth Croson | Case Number: 0980 2:15CR00030-RHW-1 |
| Address of Offender: | Spokane, Washington 99204 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 23, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Mail Theft, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Travis Jones | Date Supervision Commenced: September 29, 2017 |
| Defense Attorney: | William Miles Pope | Date Supervision Expires: September 28, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2017, 12/4/2017, 1/5/2018, and 1/25/18.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

**Supporting Evidence**: On October 2, 2017, Mr. Croson reported to the U.S. Probation Office for the purpose of an intake after commencing supervision on September 29, 2017. Reviewed with Mr. Croson were his conditions of supervised release. The offender signed his judgment acknowledging an understanding of his conditions, to include standard condition number 6, as noted above.

On February 14, 2018, the undersigned officer contacted Mr. Croson's employer who informed the undersigned officer Mr. Croson was no longer employed at their agency. Staff further reported Mr. Croson's last day of employment was on January 25, 2018. Mr. Croson neglected to informed the undersigned officer his employment was terminated.

Prob12C
Re: Croson, Kyle Kenneth
February 27, 2018
Page 2

8      **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

         **Supporting Evidence**: On October 2, 2017, Mr. Croson reported to the U.S. Probation Office for the purpose of an intake after commencing supervision on September 29, 2017. Reviewed with Mr. Croson were his conditions of supervised release. The offender signed his judgment acknowledging an understanding of his conditions, to include special condition number 14.

         On February 2 and 12, 2018, Mr. Croson violated his conditions of supervised release by failing to submit to random urinalysis tests as directed.

         On February 2 and 12, 2018, the color of the day was brown 2, Mr. Croson's assigned color for random urinalysis testing at Pioneer Human Services (PHS). According to the PHS roster for urinalysis testing on both dates, Mr. Croson failed to appear. Additionally, on February 12, 2018, the undersigned officer sent Mr. Croson a text message advising him his color was called for urinalysis testing and to appear as directed. Mr. Croson failed to appear after given notification.

9      **Special Condition #14:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

         **Supporting Evidence**: On October 2, 2017, Mr. Croson reported to the U.S. Probation Office for the purpose of an intake after commencing supervision on September 29, 2017. Reviewed with Mr. Croson were his conditions of supervised release. The offender signed his judgment acknowledging an understanding of his conditions, to include special condition number 14.

         On February 15, 2018, Mr. Croson reported to the probation office. When directed to submit to urinalysis testing, he admitted to using methamphetamine on February 12, 2018, and signed a drug use admission form.

         On February 22, 2018, Mr. Croson reported to the probation office. When directed to submit to urinalysis testing, he admitted to using methamphetamine on February 22, 2018, and signed a drug use admission form

10     **Modified Conditions (Ordered February 1, 2018) 4 and 5:** (4)Defendant may be placed in a Residential Re-entry Center between now and the time he is placed in an inpatient facility if considered necessary by his supervising officer. (5)Defendant may be placed in a Residential Re-entry Center following his stay in an inpatient facility if considered necessary by his supervision officer.

On January 31, 2018, a supervised release revocation hearing was held. The court modified Mr. Croson's conditions of supervised release, allowing the supervising probation officer to place Mr. Croson in the residential reentry center (RRC), if necessary. Due to Mr. Croson's continuous violation behavior as noted above in this petition, the undersigned officer secured placement at the Spokane RRC for Mr. Croson on February 20, 2018.

On February 15, 2018, Mr. Croson reported to the probation office. He was given verbal and written instructions to report to the Spokane RRC by 12 p.m. on Tuesday, February 20, 2018.

On February 20, 2018, at approximately 1:30 p.m., the undersigned contacted Mr. Croson by telephone. Mr. Croson verbalized he just woke up and was going to report to the RRC shortly.

On February 21, 2018, the undersigned officer received an email from the RRC director advising Mr. Croson failed to report to the RRC as directed on February 20, 2018. When the undersigned officer confronted Mr. Croson on his inability to report to the RRC as directed, he admitted to "screwing off" and not going to the RRC as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2017, 12/4/2017, 1/5/2018 and 1/25/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/27/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C  
**Re: Croson, Kyle Kenneth**  
**February 27, 2018**  
**Page 4**

---

THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Defendant to appear before the Judge assigned to the case.  
[X]  Defendant to appear before the Magistrate Judge.  
[ ]  Other

_____  
Signature of Judicial Officer

2/28/2018  
Date