PROB 12C
(6/16)

Report Date: March 6, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Kyle Kenneth Croson | Case Number: | 0980 2:15CR00030-RHW-1 |
| Address of Offender: | | Spokane, Washington 99204 | |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 23, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Mail Theft, 18 U.S.C. § 371 | | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Travis Scott Jones | Date Supervision Commenced: | September 29, 2017 |
| Defense Attorney: | William Miles Pope | Date Supervision Expires: | September 28, 2020 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/28/2017, 12/4/2017, 1/5/2018, 1/25/2018 and 2/27/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Modified Conditions (Ordered February 1, 2018) 3:** (3)Defendant shall be placed in an appropriate inpatient treatment facility as soon as a bed date at that facility comes available. |
| | On January 31, 2018, a supervised release revocation hearing was held. The Court modified Mr. Croson's conditions of supervised release as follows: (3) Defendant shall be placed in an appropriate inpatient treatment facility as soon as a bed date at that facility come available |
| | On February 27, 2018, the undersigned confirmed with staff at Spokane Addiction and Recovery Center (SPARC) that Mr. Croson entered into inpatient treatment. |
| | On March 3, 2018, Mr. Croson left several voice mails on the undersigned officer's phone, making excuses as to why he is unable to adjust to inpatient treatment and threatening to leave. Mr. Croson left another voice mail, later that evening, advising the undersigned officer that he was being terminated from inpatient treatment at SPARC. |
| | On March 5, 2018, the undersigned officer spoke with staff at SPARC. Staff confirmed Mr. Croson was terminated from inpatient treatment. Staff advised that since his arrival at their inpatient treatment facility, he has been wanting to leave and was given several chances to |

get on board. Additionally, Mr. Croson was failing to abide by facility rules by using the phone without permission on multiple occasions and was verbally abusing staff members. It was also reported, per his discharge summary, that Mr. Croson had used methamphetamine while in treatment.

12 **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: On October 2, 2017, Mr. Croson reported to the U.S. Probation Office for the purpose of an intake after commencing supervision on September 29, 2017. Reviewed with Mr. Croson were his conditions of supervised release. The offender signed his judgment acknowledging an understanding of his conditions, to include standard condition number 2, as noted above.

On March 5, 2018, the undersigned called Mr. Croson's cell phone. A voice mail was left instructing Mr. Croson to report to the probation office by 4:00 p.m. Mr. Croson failed to report as directed.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2017, 12/4/2017, 1/5/2018, 1/25/2018 and 2/27/2018 and that the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/06/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Robert A. Whaley_
Signature of Judicial Officer

3/8/2018
Date