PROB 12C
(6/16)

Report Date: January 25, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2018

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kyle Kenneth Croson    Case Number: 0980 2:15CR00030-RHW-1

Address of Offender:    Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 23, 2015

Original Offense:    Conspiracy to Commit Mail Theft, 18 U.S.C. § 371

Original Sentence:   Prison - 18 months           Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Scott Travis Jones    Date Supervision Commenced: September 29, 2017

Defense Attorney:      William Miles Pope    Date Supervision Expires: September 28, 2020

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2017, 12/04/2017 and 01/05/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  On October 2, 2017, Mr. Croson reported to the U.S. Probation Office for the purpose of an intake after commencing supervision on September 29, 2017. Reviewed with Mr. Croson were his conditions of supervised release.  The offender signed his judgment acknowledging an understanding of his conditions, to include special condition number 14. |
| | Mr. Croson violated his conditions of supervised release by failing to submit to random urinalysis testing as directed on January 19, 2018. |
| | On January 19, 2018, the color of the day for urinalysis testing was brown2, Mr. Croson's assigned color for random urinalysis testing at Pioneer Human Services(PHS).  According to the roster for urinalysis testing that was received from PHS, Mr. Croson failed to appear. |

Prob12C
**Re: Croson, Kyle Kenneth**
**January 25, 2018**
**Page 2**

| | | |
|---|---|---|
| 6 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: On October 2, 2017, Mr. Croson reported to the U.S. Probation Office for the purpose of an intake after commencing supervision on September 29, 2017. Reviewed with Mr. Croson were his conditions of supervised release. The offender signed his judgment acknowledging an understanding of his conditions, to include special condition number 14.

On January 24, 2018, Mr. Croson provided a random urinalysis test at the probation office. The urine sample tested presumptive positive for methamphetamine and was sent to Alere Toxicology for further testing. Mr. Croson stated he may have used methamphetamine "3 or 4 days ago." The results are pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/25/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Croson, Kyle Kenneth**
**January 25, 2018**
**Page 3**

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

1/29/2018
Date